# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GAYLE JONES,

    Plaintiff,

vs.

JAMES BRANDENBURG, individually; MERCER TRANSPORTATION CO., INC., a foreign corporation; DOES I-X; and ROE CORPORATIONS INC.,

    Defendant.

2:19-cv-02154-JAD-VCF

**ORDER**

    Due to a conflict on the Court's calendar, IT IS HEREBY ORDERED that the settlement conference scheduled for 10:00 AM, August 12, 2021, is RESCHEDULED only in time to 11:00 AM, August 12, 2021. All else remains unchanged in ECF No. 24.

    DATED this 22nd day of July, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE