J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GAYLE JONES, <br><br> Plaintiff, <br><br> v. <br><br> JAMES BRANDENBURG, individually; MERCER TRANSPORTATION CO., INC., a foreign corporation; DOES I-X; and ROE CORPORATIONS INC., <br><br> Defendants. | CASE NO:    2:19-cv-02154-JAD-VCF <br><br> **Stipulation and Order Dismissing Negligent-Entrustment Claim** <br><br> ECF No. 26 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff GAYLE JONES and Defendants JAMES BRANDENBURG and MERCER TRANSPORTATION CO., INC., (hereinafter collectively referred to as Defendants), by and through their respective counsel of record as follows:

. . .

. . .

. . .

1

KNW 26490

1) Defendants represent that Defendant JAMES BRANDENBURG was acting within the course and scope of his lease-operator agreement with Defendant MERCER TRANSPORTATION CO., INC. at all times relevant to the events described in Plaintiff's Complaint filed November 25, 2019 in the Eighth Judicial District Court for Clark County, Nevada, Case No. A-19-806022-C ("Plaintiff's Complaint"), which was subsequently removed to this Court by Defendants on December 16, 2019.

2) Defendants further agree that Defendant MERCER TRANSPORTATION CO., INC. is vicariously liable for the alleged acts, omissions and conduct of Defendant JAMES BRANDENBURG as it pertains to the events described in Plaintiff's Complaint. Such alleged liability, if any, is covered by Chubb Insurance Policy No. MMT H25157266.

3) IT IS HEREBY STIPULATED AND AGREED, based on the foregoing representations, that Plaintiff's claim against Defendants for negligent entrustment is hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs.

4) IT IS HEREBY STIPULATED AND AGREED that this Stipulation and Order does not resolve Plaintiff's negligence claim in this matter.

DATED this 28th day of June, 2021                          DATED this 28th day of June, 2021

THE PAUL POWELL LAW FIRM                                    ALVERSON TAYLOR & SANDERS


/s/ Tom Stwart_____                                     _____
PAUL D. POWELL, ESQ.                                        J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 7488                                         Nevada Bar No. 1339
TOM STEWART, ESQ.                                           KARIE N. WILSON, ESQ.
Nevada Bar No. 14280                                        Nevada Bar No. 7957
8918 Spanish Ridge Ave., Ste. 100                           6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89148                                         Las Vegas, NV 89149
Attorneys for Plaintiff                                     Attorneys for Defendants

**ORDER**

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that the plaintiff's negligent-entrustment claim is DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 30, 2021

Respectfully submitted by:

ALVERSON TAYLOR & SANDERS

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

k:\z-client\26490\pleadings\sao dismiss negligent entrustment.docx

KNW 26490