# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

GAYLE JONES,

        Plaintiff,

vs.

JAMES BRANDENBURG, individually; MERCER TRANSPORTATION CO., INC., a foreign corporation; DOES I-X; and ROE CORPORATIONS INC.,

        Defendant.

2:19-cv-02154-JAD-VCF

**ORDER**

Before the Court is Defendants' Motion to Continue Settlement Conference (ECF No. 27).

Defendants state that the parties agreed to continue the settlement conference to a mutually convenient date. *Id.* at page 3.

Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion to Continue Settlement Conference (ECF No. 27) is GRANTED.

IT IS FURTHER ORDERED that the settlement conference scheduled for August 12, 2021, is RESCHEDULED to 10:00 AM, September 28, 2021.  The confidential statement is due by 4:00 PM, September 21, 2021.  All else as stated in ECF No. 24 remains unchanged.

DATED this 30th day of July, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE