J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GAYLE JONES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JAMES BRANDENBURG, individually; MERCER TRANSPORTATION CO., INC., a foreign corporation; DOES I-X; and ROE CORPORATIONS INC.,<br><br>　　　　　　Defendants. | CASE NO:　2:19-cv-02154-JAD-VCF<br><br><br>ECF No. 31 |

## STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between Plaintiff GAYLE JONES and Defendants JAMES BRANDENBURG and MERCER TRANSPORTATION CO., INC., by and through their respective counsel of record that Plaintiff's claims against Defendants are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs. This case was set for trial beginning January 4, 2022.

. . .

. . .

KNW 26490

Dated this 11 day of ~~October~~ November 2021                Dated this 9 day of ~~October~~ Nov 2021

ALVERSON TAYLOR & SANDERS                                     THE PAUL POWELL LAW FIRM

_/s/ Karie N. Wilson_                                         _/s/ #15618_
J. BRUCE ALVERSON, ESQ.                                       PAUL D. POWELL, ESQ.
Nevada Bar No. 1339                                           Nevada Bar No.
KARIE N. WILSON, ESQ.                                         paul@tplf.com
Nevada Bar No. 007957                                         TOM STEWART, ESQ.
6605 Grand Montecito Pkwy, Ste. 200                           Nevada Bar No.
Las Vegas, NV 89149                                           tom@tplf.com
702-384-7000 Phone                                            8918 Spanish Ridge Ave., Ste. 100
702-385-7000 Fax                                              Las Vegas, NV 89148
efile@alversontaylor.com                                      702-728-5500 Phone
Attorneys for Defendants                                      702-728-5501 Fax
                                                              Attorneys for Plaintiff

## ORDER

Based on the parties' stipulation **[ECF No. 31]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 15, 2021